# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MOLINA, JR., | 1:07-cv-00330-OWW-TAG HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 4) |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| JEFF WRIGLEY, | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| Respondent. | |

On February 28, 2007, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in this Court.

On June 6, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending the petition for writ of habeas corpus be dismissed because Petitioner's claim did not allege grounds that would entitle him to relief under 28 U.S.C. § 2241. (Doc. 4). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On June 15, 2007, Petitioner filed his objections. (Doc. 5).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

1

a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Findings and Recommendations filed June 6, 2007 (Doc. 4), are ADOPTED IN FULL;

  2. This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

  3. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   July 25, 2007**      **/s/ Oliver W. Wanger**
              UNITED STATES DISTRICT JUDGE